In connection with the above-identified case, the court has issued the following orders rendering partial judgments for plaintiff on behalf of subcontractors’ claims as follows:
Marca 12, 1973_$74,750.11
March 26, 1973_ 139,880.47
April 16, 1973_ 74,044.94
77,599.13
June 8, 1973_ 66,697.45
July 9, 1973_ 44,759.13
August 10, 1973_ 59,140. 76
96, 343.48
September 4, 1973_ 122,092.39
September 14, 1973_ 19, 570.15
October 5, 1973_ 267, 690. 71
June 28, 1974_ 20,904.67
September 20, 1974_ 4,261.77
4, 981. 50
102, 667. 51
October 18, 1974_ 485, 958.90
November 22, 1974_ 4, 966. 54
10, 893. 69
12, 468. 65
17, 406. 92
23, 970. 82
24,141.97
34, 006. 06
35,635.80
51,184.14
60, 657. 71